UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FOLAYAN DARA ZHENG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-02310-JMS-MKK |
| ) | |
| LLOYD AUSTIN, III, ) | |
| ) | |
| Defendant. ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

On February 24, 2023, Magistrate Judge M. Kendra Klump entered a Report and Recommendation advising the Court to dismiss the complaint filed by Pro Se Plaintiff Folayan Dara Zheng because she failed to appear for the in-person status conference on January 27, 2023, a show cause hearing set for February 9, 2023, and another show cause hearing set for February 23, 2023. (Dkt. 178).

The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation, Dkt. [178]. Accordingly, the Plaintiff's complaint is **DISMISSED** without prejudice. Final judgment will issue by separate entry.

So ORDERED.

Date: 3/16/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

FOLAYAN DARA ZHENG
1950 E. Greyhound Pass
Ste 18 PMB 197
Carmel, IN 46033